**David P. Rossmiller, ISB No. 8591**
Email: drossmiller@chartwelllaw.com
THE CHARTWELL LAW OFFICES, LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: 503-886-8108
Facsimile: 503-961-7864

*Attorneys for Plaintiff American Hallmark*
*Insurance Company of Texas*

**Christopher P. Graham, ISB No. 6174**
Email: cpg@brassey.net
BRASSEY CRAWFORD, PLLC
345 Bobwhite Court, Suite 215
Post Office Box 1009
Boise, ID 83701
Telephone: 208-344-7300
Facsimile: 208-344-7077

*Attorneys for Defendant Wright Brothers*
*The Building Company, Eagle LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT BROTHERS, THE BUILDING COMPANY, EAGLE LLC, an Idaho Limited Liability Company,<br><br>Defendant. | Case No.: 1:23-cv-00120-AKB<br><br>JOINT STATUS REPORT |

As the Court noted in its December 14, 2023 Order (Doc. 21), on November 27, 2023

Page 1– JOINT STATUS REPORT

Wright Brothers, The Building Company, Eagle, LLC ("Wright Brothers") notified the Court that the parties had discussed a stipulated dismissal. The Court directed that, if the parties could not file a stipulation with the Court by December 28, 2023, the parties should file this Status Report. As the parties are unable to file a stipulation by today's date, this Status Report is to update the Court on the current status of the matter.

Prior to the deadline for Wright Brothers to submit its responsive briefing to American Hallmark Insurance Company of Texas' ("American Hallmark") Motion for Partial Summary Judgment – Duty to Indemnify, Wright Brothers asked for an extension of time to answer, American Hallmark did not oppose this extension and the Court granted the request. (Doc. 20). Before the new deadline, Wright Brothers again contacted American Hallmark and proposed that, in lieu of filing a response, the parties should file the stipulation (as reported to the Court) which did not include American Hallmark paying indemnity on Wright Brothers' behalf. Since that date, the parties have been negotiating the stipulation in good faith. However, Wright Brothers has requested alteration of a key term in the stipulation that has necessitated further discussions which has been slowed due to the holiday season.

The parties request the Court allow an additional 30 days for them to agree on the wording of the stipulation or, in the alternative, provide another Status Report to the Court.

DATED this 28th day of December, 2023.

| THE CHARTWELL LAW OFFICES, LLP | BRASSEY CRAWFORD, PLLC<br>E-SIGNED WITH PERMISSION |
|---|---|
| By /s/ David P. Rossmiller<br>**David P. Rossmiller, ISB No. 8591**<br>Email: drossmiller@chartwelllaw.com | By /s/ Christopher P. Graham<br>**Christopher P. Graham, ISB No. 6174**<br>Email: cpg@brassey.net |

| | |
|---|---|
| 1050 SW 6th Avenue, Suite 1100<br>Portland, OR 97204<br>Telephone: 503-886-8108<br>Facsimile: 503-961-7864 | 345 Bobwhite Court, Suite 215<br>PO Box 1009<br>Boise, ID 83701<br>Telephone: 208-344-7300<br>Facsimile: 208-344-7077 |
| *Attorneys for Plaintiff American Hallmark Insurance Company of Texas* | *Attorneys for Defendant Wright Brothers The Building Company, Eagle LLC* |

Page 3– JOINT STATUS REPORT