**David P. Rossmiller, ISB No. 8591**
Email: drossmiller@chartwelllaw.com
THE CHARTWELL LAW OFFICES, LLP
1050 SW 6th Avenue, Suite 1100
Portland, OR 97204
Telephone: 503-886-8108
Facsimile: 503-961-7864

*Attorneys for Plaintiff American Hallmark*
*Insurance Company of Texas*

**Christopher P. Graham, ISB No. 6174**
Email: cpg@brassey.net
BRASSEY CRAWFORD, PLLC
345 Bobwhite Court, Suite 215
Post Office Box 1009
Boise, ID 83701
Telephone: 208-344-7300
Facsimile: 208-344-7077

*Attorneys for Defendant Wright Brothers*
*The Building Company, Eagle LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT BROTHERS, THE BUILDING COMPANY, EAGLE LLC, an Idaho Limited Liability Company,<br><br>Defendant. | Case No.: 1:23-cv-00120-AKB<br><br>JOINT STATUS REPORT |

In a December 29, 2023 Order (Doc. 23), the Court ordered the parties to file a stipulated dismissal or status report by January 22, 2024. Wright Brothers, The Building Company, Eagle, LLC ("Wright Brothers") and American Hallmark Insurance Company of Texas ("American Hallmark") provide this status report in response to that Order. Specifically, the parties report that they have reached an agreement in principle and are merely awaiting signatures on documents in order to file the stipulated dismissal with this Court.

The parties request the Court allow an additional 7 days for them to obtain signatures.

DATED this 22nd day of January, 2024.

| THE CHARTWELL LAW OFFICES, LLP | BRASSEY CRAWFORD, PLLC<br>E-SIGNED WITH PERMISSION |
|---|---|
| By /s/ David P. Rossmiller<br>**David P. Rossmiller, ISB No. 8591**<br>Email: drossmiller@chartwelllaw.com<br>1050 SW 6th Avenue, Suite 1100<br>Portland, OR 97204<br>Telephone: 503-886-8108<br>Facsimile: 503-961-7864 | By /s/ Christopher P. Graham<br>**Christopher P. Graham, ISB No. 6174**<br>Email: cpg@brassey.net<br>345 Bobwhite Court, Suite 215<br>PO Box 1009<br>Boise, ID 83701<br>Telephone: 208-344-7300<br>Facsimile: 208-344-7077 |
| *Attorneys for Plaintiff American Hallmark Insurance Company of Texas* | *Attorneys for Defendant Wright Brothers The Building Company, Eagle LLC* |

Page 2– JOINT STATUS REPORT