UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN HALLMARK INSURANCE COMPANY OF TEXAS, a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WRIGHT BROTHERS, THE BUILDING COMPANY, EAGLE LLC, an Idaho Limited Liability Company,<br><br>Defendant. | Case No.: 1:23-cv-00120-AKB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the parties' Stipulation for Dismissal with Prejudice (Dkt. 26), the Court **ORDERS** as follows:

1. This case is **DISMISSED with prejudice**. The Clerk is directed to term any pending motions and close this case. Each party shall bear its own attorney fees and costs.

2. The facts alleged in American Hallmark Insurance Company of Texas' Complaint (Dkt. 1) are adopted by this Court as true, and American Hallmark Insurance Company of Texas prevails on each cause of action under each and every reason raised in American Hallmark Insurance Company of Texas' Complaint (Dkt. 1) and Motion for Partial Summary Judgment – Duty to Indemnify (Dkt. 15).

3. American Hallmark Insurance Company of Texas has no future duty to indemnify and/or defend Wright Brothers for any claim or suit related to the Project at issue in the Arbitration and shall withdraw to the extent that it currently is defending Wright Brothers in relation to the Arbitration.

DATED: January 24, 2024

Amanda K. Brailsford
U.S. District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1